1  DENNIS M. BROWN, Bar No. 126575
   ERICA H. KELLEY, Bar No. 221702
2  ISELA PEREZ, Bar No. 267859
   LITTLER MENDELSON
3  A Professional Corporation
   50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5  Facsimile:    408.288.5686

6  Attorneys for Defendants
   THE VALSPAR CORPORATION AND
7  JENNIFER PIERRE

8

9  LEO F. DONAHUE, Bar No. 114484
   LEO F. DONAHUE, INC.
   KEVIN W. HARRIS, Bar No. 133084
10 LAW OFFICES OF KEVIN W. HARRIS
   11344 Coloma Road., Suite 160
11 Gold River, California 95670
   Telephone:    916.859.5999
12 Facsimile:    916.859.5984
   donahue@lfdlaw.net
13

14 Attorneys for Plaintiff
   FRANK NEWHOUSE
15

16                  UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18 FRANK NEWHOUSE,                        Case No.  2:10-CV-02617-GEB-EFB

19         Plaintiff,                     **STIPULATION AND [PROPOSED]
                                          ORDER MODIFYING THE PRETRIAL
20    v.                                  SCHEDULING**

21 THE VALSPAR CORPORATION, a              Trial Date:
   Delaware Corporation; JENNIFER          Complaint Filed:
22 PIERRE; PAT PETERSON; and DOES 1
   through 100, inclusive,
23
          Defendant.
24

25

26

27

28

CASE NO.  2:10-CV-02617-GEB-EFB                    STIPULATION AND [PROPOSED] ORDER
                                                   MODIFYING PRETRIAL SCHEDULE

The Valspar Corporation ("Defendant") and Frank Newhouse ("Plaintiff") (collectively referred to as "the Parties"), by and through their respective counsel of record for good cause do hereby stipulate and respectfully request that this Court issue an Order amending the Pretrial Scheduling Order issued on February 21, 2011 for the reasons set forth below.

1. The Parties submitted a joint scheduling report on February 14, 2011 requesting that the expert disclosure and discovery cut-off dates be set after the close of fact discovery, currently set for February 16, 2012. On February 21, 2011, the Court set the expert disclosure deadline for September 16, 2011.

2. The Parties are in the process of exchanging written discovery and intend to schedule depositions shortly.

3. The Parties have agreed to attend mediation after the initial round of discovery and depositions and expect to conclude mediation by the Fall of 2011. The Parties seek to avoid the expense of expert witnesses where one or more of the parties will file dispositive motions. Thus, the expense of retaining expert witnesses before mediation and dispositive motions would be an unnecessary cost that may be avoided if the pretrial schedule is modified.

4. Counsel for Plaintiff is currently considering whether they will continue representation of Plaintiff in this matter and may require additional time to make a decision.

Accordingly, the Parties hereby stipulate and move the Court jointly for an order amending the Pretrial Scheduling Order as follows:

(1) Previous Discovery Cut Off: February 16, 2012

   Proposed Non-Expert Discovery Cut Off: February 16, 2012

(2) Previous Disclosure of Expert Witnesses: September 16, 2011

   Proposed Disclosure of Expert Witnesses: May 4, 2012

(3) Previous Completion of Expert Witness Discovery: October 17, 2011

   Proposed Completion of Expert Witness Discovery: May 25, 2012

(4) Previous Dispositive Motion Hearing Date: April 16, 2012

   Proposed Dispositive Motion Hearing Date: April 2, 2012

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 2:10-CV-02617-GEB-EFB     2.     STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE

(5)  Final Pre-Trial Conference Date: June 18, 2012

     (no change)

(6)  Trial: September 25, 2012

     (no change)

Dated: June ___, 2011

                                               _____
DENNIS M. BROWN
ERICA H. KELLEY
ISELA PEREZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE VALSPAR CORPORATION

Dated: June ___, 2011

                                               _____
LEO F. DONAHUE
LEO F. DONAHUE, INC.
KEVIN W. HARRIS
LAW OFFICES OF KEVIN W. HARRIS
Attorneys for Plaintiff
FRANK NEWHOUSE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 2:10-CV-02617-GEB-EFB     3.     STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE

**ORDER**

This matter having come before the Court upon the written Stipulation of the Parties, a copy of which is attached hereto, it is hereby ordered that the Court's Scheduling Conference Order, entered into on February 21, 2011, be modified as follows:

(1) Non-Expert Discovery Cut Off: February 16, 2012

(2) Disclosure of Expert Witnesses: May 4, 2012

(3) Completion of Expert Witness Discovery: May 25, 2012

(4) Dispositive Motion Hearing Date: April 2, 2012

(5) Final Pre-Trial Conference Date: June 18, 2012

(6) Trial: September 25, 2012

**IT IS SO ORDERED.**

DATED: June 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. 2:10-CV-02617-GEB-EFB          4.          STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE